IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KEITH EDWARDS, #1877647,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:14-CV-732-L** |
| | § | |
| **AIR STAR CONCESSIONS LTD.,** | § | |
| | § | |
| Defendant. | § | |

### ORDER

Plaintiff Keith Edwards ("Plaintiff"), a state prisoner, brought this section 1983 action against Defendant Air Star Concessions Ltd. on February 25, 2014, alleging employment discrimination. The case was referred to Magistrate Judge Renee Harris Toliver, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on May 13, 2014, recommending that the case be summarily dismissed with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff did not file any objections to the Report.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses with prejudice** this action.

**It is so ordered** this 17th day of June, 2014.

Sam A. Lindsay
United States District Judge

Order – Solo Page